# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COALITION FOR RESPONSIBLE
ZONING, LLC, DONALD ALETTE,
ANNE B. BROOKS, MARY F.
BLYTHE, RONNIE AND RACHEL
SPENCER, & DWIGHT DOSKEY

VERSUS

**DECEMBER 14, 2020**

THE PARISH OF ST. TAMMANY
AND ST. TAMMANY PARISH
PRESIDENT

---

In Re:    Patrick Murray and Cara Williams Murray, Wayne Charles
          Eckel and Karen Gammill Eckel, Concerned Citizens of
          St. Tammany Parish and Richard Franzo, Jr., and
          Christina Falco Baldwin, John Baldwin, Jr., Kathleen
          Dillon, Jerry Dillon, Brent Barre, Billy Goodwin,
          Russell Butz and Donna Naquin, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 202010074.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.** The writ application does not include relators' motion to stay filed with the trial court, the defendants' opposition, the petition for intervention filed by Concerned Citizens of St. Tammany Parish and Richard Franzo, Jr., an index, statement of jurisdiction, statement of the case, issues and questions of law presented, assignments of error, notice of intent, or signed order setting a return date in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(1)-(5), (8), and (11). Absent these documents, it is unclear whether the writ was filed within thirty days from the notice of signing of the order denying the motion to stay. Therefore, the writ may be untimely. See Rule 4-3. Finally, there is no affidavit from relators' counsel in violation of Rule 4-4, 4-5(A).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including all missing items noted above and documents to show the original application was timely, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 15, 2021 and must contain a copy of this ruling.

**VGW**
**WRC**

**Welch, J.,** concurs in part, dissents in part. I concur in the denial of the stay, but dissent in part and would deny the writ application.

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landuy_

DEPUTY CLERK OF COURT
FOR THE COURT